# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CATHERINE LOW, a single woman,<br>*Plaintiff*<br>v.<br>PATRICK R. DONAHOE, Postmaster General of the United States<br>*Defendant* | Civil Action No. 2:14-CV-0226-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss (ECF No. 11) is GRANTED. Judgment is entered in favor of Defendant on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  upon Defendant's Motion to Dismiss.

Date: March 31, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen